UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. CR609-028 |
| | ) | |
| DESMOND ROOSEVELT MUNION, | ) | |
| Defendant. | ) | |

## ORDER

The government has moved pursuant to 18 U.S.C. § 3145(a)[1] for review of an order entered by the Eastern District of New York granting defendant pretrial release. (Doc. 29.) Such a motion "should be considered and ruled upon in the first instance by a district judge in the court of original jurisdiction" (i.e., the charging district). *United States v. Cisneros*, 328 F.3d 610, 615 (10th Cir. 2003); 3B CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 771 n.24 (2009) (citing *Cisneros* for proposition that the motion should be heard by a

---

[1] Under the statute, "[i]f a person is ordered released by a magistrate judge, or by a person other than a judge of a court having original jurisdiction over the offense and other than a Federal appellate court . . . the attorney for the Government may file, with the court having original jurisdiction over the offense, a motion for revocation of the order or amendment of the conditions of release. . . ." 18 U.S.C. § 3145(a).

district judge). In order to facilitate the district judge's determination, the Clerk is **DIRECTED** to communicate with the clerk in the Eastern District of New York to request any proceedings on the issues of bond or detention in this case and to request that a transcript of those proceedings be prepared and transmitted to this Court. Upon receipt, this matter shall be promptly referred to Hon. B. Avant Edenfield for his review.

**SO ORDERED** this  8th  day of May, 2009.

/s/ G.R. SMITH
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**